# United States Court of Appeals

## For the First Circuit

No. 02-2340

IN RE BOSTON HERALD, INC.,
Petitioner.

No. 02-2098

UNITED STATES,

v.

JOHN J. CONNOLLY, JR.,
Defendant, Appellee.

BOSTON HERALD, INC.
Intervenor, Appellant.

ON PETITION FOR WRIT OF MANDAMUS TO, AND APPEAL FROM, THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Joseph L. Tauro, U.S. District Judge]

Before
Lynch, Lipez, and Howard, Circuit Judges.

Elizabeth A. Ritvo with whom M. Robert Dushman, Jeffrey P.
Hermes, and Brown Rudnick Berlack Israels LLP were on brief for
petitioner-appellant.

Andrew Nathanson with whom Tracy A. Miner, John J. Tangney,
Jr., and Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. were on
brief for respondent-appellee (John J. Connolly, Jr.).

February 26, 2003